IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KESHUNA DENIA BURNSIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:22-cv-04076-SEG-RDC |
| FIRST ADVANTAGE BACKGROUND | ) | |
| SERVICES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Keshuna Denia Burnside and Defendant First Advantage Background Services Corp hereby stipulate to the dismissal with prejudice of all claims asserted in the captioned case. The Parties shall each bear their own costs and attorneys' fees.

This 7th day of February, 2023.

(Signatures appear on next page)

/s/ Craig Edward Bertschi
Craig Edward Bertschi
Georgia Bar No. 055739
ceb@mcraebertschi.com
MCRAE BERTSCHI & COLE LLC
1872 Independence Square
Ste D
Dunwoody, Georgia 30338
Telephone: (678) 999-1102

Devin Heng Fok*
devin@devinfoklaw.com
DHF LAW, P.C.
2304 Huntington Drive
Suite 210
San Marino, California 91108
Telephone: (888) 651-6411
Facsimile: (818) 484-2023

*Attorneys for Plaintiff Keshuna Denia Burnside*

*admitted *pro hac vice*

/s/ Esther Slater McDonald
Frederick T. Smith
Georgia Bar No. 657575
fsmith@seyfarth.com
Esther Slater McDonald
Georgia Bar No. 649005
emcdonald@seyfarth.com
Racquel V. McGee
Georgia Bar No. 206826
rmcgee@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorneys for Defendant First Advantage Background Services Corp.*